MATTHEW P. EASTUS, State Bar No. 187747
Southern California Edison Law Department
2244 Walnut Grove Avenue, 3rd Floor
Rosemead, CA 91770
Tel: (626) 302-4947
Fax: (626) 302-1910
E-Mail: matthew.eastus@sce.com

Attorneys for Defendants

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
May 24, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

## *UNITED STATES DISTRICT COURT*

## *CENTRAL DISTRICT OF CALIFORNIA*

| | |
|---|---|
| CASSANDRA SLIWOSKI, <br><br> Plaintiff, <br><br> v. <br><br> SEDGWICK CMS; SOUTHERN CALIFORNIA EDISON COMPANY; SOUTHERN CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN; DOES 1 - 10, inclusive, <br><br> Defendants. | CASE NO. 16-CV-6096 SJO (AGRx) <br><br> Judge: Hon. S. James Otero <br><br> **ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** <br><br> Complaint filed: Aug. 16, 2016 |

Pursuant to the parties' Joint Stipulation of Dismissal of Action With Prejudice, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

SIGNED on this 24th day of May, 2017.  *S. James Otero*
_____
United States District Judge

---
[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE